IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 17 1998

JAMES W. McCORMACK, CLERK
By:_____
DEP. CLERK

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. J-C-95-137 |
| v. | ) ) ) | |
| NUCOR- YAMATO STEEL COMPANY | ) ) | |
| Defendant. | ) | |

---

### JOINT MOTION FOR EXTENSION OF TIME

---

Come now the parties and jointly request that the Court permit an additional ten days

within which to submit the documents necessary to effectuate the dismissal.

91

The parties have been dutifully working on the documents and believe that the additional time will enable the parties to complete the process.

Respectfully submitted,

Joseph L. Wood, III
State Bar No. 21899700
Alaniz & Schraeder, L.L.P.
16010 Barker's Point Lane
Suite 500
Houston, Texas   77079
(281) 531-0927

C. GREGORY STEWART
General Counsel

PHILIP B. SKLOVER
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
1801 L Street, N.W.
Washington, D.C.

KATHARINE W. KORES
Regional Attorney

TERRY BECK
Supervisory Trial Attorney
Tennessee Bar No.  9346

GEORGE C. BRADLEY
Senior Trial Attorney
Mississippi Bar No.  4254

DRAGA G. ANTHONY
Trial Attorney
Ohio Bar No.  0041524

EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
1407 Union Ave., Suite 621
Memphis, Tennessee  38104
(901) 544-0102

## CERTIFICATE OF SERVICE

A copy of the Joint Motion For Extension of Time was mailed this day, postage prepaid, to the following attorneys of record:

Joseph L. Wood, III, Esq.
Alaniz & Schraeder, L.L.P.
16010 Barker's Point Lane
Suite 500
Houston, Texas   77079

Tim Boe, Esq.
Rose Law Firm
120 E. 4th Street
Little Rock, Arkansas   72201

_June 16, 1998_
Date

_Draga G. Anthony_
Draga G. Anthony