IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 28 1998

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) CIVIL ACTION NO. |
| v. | ) J-C-95-137<br>) |
| NUCOR-YAMATO STEEL COMPANY, | )<br>)<br>) |
| Defendant. | )<br>) |

## ORDER OF DISMISSAL

The parties to this action have executed a Settlement Agreement which resolves all claims and issues in this case. Therefore, this action is dismissed with prejudice.

**IT IS SO ORDERED.**

This 22 day of July, 1998.

_George Howard, Jr._
George Howard, Jr.
United States District Judge

93

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Post Office & Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

mf

July 28, 1998

* * MAILING CERTIFICATE OF CLERK * *

Re:  3:95-cv-00137.

True and correct copies of the attached were mailed by the clerk to the following:

    Draga G. Anthony, Esq.
    Equal Employment Opportunity Commission
    1407 Union Avenue
    Suite 621
    Memphis, TN  38104

    Joseph Ray Terry, Esq.
    Equal Employment Opportunity Commission
    1407 Union Avenue
    Suite 621
    Memphis, TN  38104

    Terry Beck, Esq.
    Equal Employment Opportunity Commission
    1407 Union Avenue
    Suite 621
    Memphis, TN  38104

    George C. Bradley, Esq.
    Equal Employment Opportunity Commission
    1407 Union Avenue
    Suite 621
    Memphis, TN  38104

    M. Tim Boe, Esq.
    Rose Law Firm
    120 East Fourth Street
    Little Rock, AR  72201-2893

    Mark Alan Peoples, Esq.
    Rose Law Firm
    120 East Fourth Street
    Little Rock, AR  72201-2893

    Terry E. Schraeder, Esq.

Alaniz & Schraeder
16010 Barker's Point Lane
Suite 500
Houston, TX   77079

Date: __7-28-98__

James W. McCormack, Clerk

BY: /s/ Martha Lugate